COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     *BMLA, Inc. d/b/a Murphy's Deli v. Keziah Jordan*

Appellate case number:   01-19-00568-CV

Trial court case number: 2015-17893

Trial court:             165th District Court of Harris County

Date motion filed:       January 18, 2022

Party filing motion:     Appellee

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ April L. Farris
              ☐ Acting Individually ☒ Acting for the Court

A majority of the justices of the Court voted to deny the motion for en banc reconsideration.

The En Banc Court consists of: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Justices Goodman and Guerra, voting to grant en banc reconsideration. Justice Guerra would grant en banc reconsideration for the reasons set forth in the legal sufficiency section of Justice Goodman's dissent to the panel's majority opinion.

Date:  April 21, 2022